626

pose of sale in a dry area; the punishment, 20 days in jail and a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The offense is the sale of whisky in a dry area; the punishment, 60 days in jail and a fine of $500.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Fred HAMMERS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28037.

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

**Fred HAMMERS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28038.

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.